WR-84,279-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/2/2015 6:07:56 PM
Accepted 12/3/2015 8:19:11 AM
ABEL ACOSTA
CLERK

No. _____

RECEIVED
COURT OF CRIMINAL APPEALS
12/3/2015
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| IN RE: | § | IN THE TEXAS COURT |
| KEVIN RICHARD JOLIET | § | |
| Relator | § | |
| | § | OF CRIMINAL APPEALS |

### MOTION FOR LEAVE TO FILE APPLICATION FOR WRIT OF PROHIBITION

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW KEVIN RICHARD JOLIET, by and through Wes Ball, his attorney of record and files this Motion for Leave to File Application for Writ of Prohibition and in support thereof would show the Court as follows:

I.

Contemporaneous with the filing of this motion is being filed movant Joliet's Application for Writ of Prohibition. This Court has jurisdiction for such writ application pursuant to Article 5, §5(c) of the Texas Constitution which provides:

> Subject to such regulations as may be prescribed by law, the Court of Criminal Appeals and the Judges thereof shall have the power to issue the writ of habeas corpus, and, in criminal law matters, the writs of mandamus, procedendo, prohibition, and certiorari.

This case is a criminal law matter involving the proposed incarceration of a felony probationer. The writ application complains of future proposed actions by a trial court and thus a writ of prohibition is the appropriate legal process to seek relief.

1

The writ application is being filed as the Relator has no adequate remedy at law, is clearly entitled to relief.

WHEREFORE, PREMISES CONSIDERED, movant Joliet request leave of this Court to file his Application for Writ of Prohibition and for such other and further relief to which he may be entitled.

Respectfully submitted,

/s/ Wes Ball
WES BALL
4025 Woodland Park Blvd.
Suite 100
Arlington, Texas 76013
Email: WBnotices@ballhase.com
Telephone: (817)860-5000
Fax No.: (817)860-6645
State Bar No. 01643100

ATTORNEY FOR RELATOR

## CERTIFICATE OF SERVICE

On the 2nd day of December, 2015, a true and correct copy of this motion was transmitted to the Honorable Mollee Westfall, Judge of the 371st District Court of Tarrant County, Texas and Charles Reynolds, Judicial Staff Counsel for Tarrant County, Texas.

/s/ Wes Ball
WES BALL